ETHEL EPSTEIN *vs.* RUBIN EPSTEIN.   June 15, 1966.   The judge in the
Superior Court rightly found for the plaintiff in this action on the de-
fendant's undertaking, in a letter of October 16, 1962, to pay over to the
plaintiff $8,488.12 "[i]n the event that a final decree is entered in the
pending . . . [equity suit] of Ethel Epstein vs. Carl D. Epstein . . .
[her husband] establishing your sole ownership of said sum . . . and any
and all appeals therefrom are finally resolved in your favor." The bill in
equity in paragraph 11 had alleged that Carl had placed funds, "the sole
property" of the plaintiff, with the defendant for investment, and prayed
that the property set forth in paragraph 11 be ordered turned over to the
plaintiff as her "sole property." The final decree had decreed that Carl
was indebted to Ethel in the amount of $8,488.12 "being the present bal-
ance of the funds set forth in paragraph 11 of the Bill of Complaint and
presently in the custody of Rubin Epstein" and had ordered that Carl pay
that balance to Ethel. The judge in this action rightly ruled that the de-
cree, read with paragraph 11, had established that the fund was Ethel's
"sole property." There was no error in the disposition of requests for
rulings. The declaration was extended but not to the point that there was
error in overruling the demurrer or in denying a motion to strike. Letters
included in the declaration showed the plaintiff's demands before and after
the dismissal of Carl's appeals from the equity decree. Other letters re-
ceived in evidence were written in 1957, 1961 and 1962; nothing therein
appears prejudicial to the defendant, or to affect the unambiguous lan-
guage of the defendant's undertaking of October 16, 1962, or to have been
given weight in its construction.

                                                *Exceptions overruled.*

*Roland E. Shaine* (*Peter D. Gens* with him) for the defendant.
*Max Kabatznick* (*Edwin C. Hamada & Doran Koulack* with him) for
the plaintiff.